No. 04–5287. DEYOUNG v. SCHOFIELD, WARDEN. Super. Ct. Butts County, Ga. Certiorari denied.

No. 04–5290. PUIG v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–5291. MCADOO v. ELO, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–5292. DANIELS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–5294. MENDOZA-CABALLERO ET AL. v. ASHCROFT, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 04–5299. ONUOHAH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–5300. MCGEE v. MCDONALD'S RESTAURANTS OF CALIFORNIA, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–5301. RUSH v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–5303. RILEY v. KURTZ. C. A. 6th Cir. Certiorari denied.

No. 04–5304. ARREDONDO v. ORTIZ, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–5307. NIETO-CRUZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–5309. MANN v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 04–5310. KAY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–5311. BELCHER v. KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 04–5312. POWELL v. VIRGINIA. Sup. Ct. Va. Certiorari denied.